IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KELLY LEE McGINNIS, Inmate #K02514,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**OFFICERS OF THE STATE OF ILLINOIS,** *et al.*, )<br>)<br>**Defendants.** | )<br>)<br>)<br>)<br>) CIVIL NO. 10-cv-202-JPG<br>)<br>)<br>)<br>) |

**MEMORANDUM AND ORDER**

**GILBERT, District Judge:**

This matter is before the Court *sua sponte*. On October 6, 2010, this Court entered a Memorandum and Order granting Plaintiff's motions to proceed *in forma pauperis*. *See* (Doc. 23). This Memorandum and Order (Doc. 23) directed the Trust Fund Officer at Menard Correctional Center to forward payments from Plaintiff's inmate account to the Clerk of Court as payment for the full filing fee. Upon review of the record, Plaintiff paid the full filing fee on March 15, 2010. Accordingly, the Court's Memorandum and Order (Doc. 23) is **VACATED**. Plaintiff's motions to proceed *in forma pauperis* (Docs. 4 and 12) are **DENIED** as moot. If, in reliance upon the Court's prior Memorandum and Order (Doc. 23) which is now vacated, the Clerk of Court receives any funds from the Trust Fund Officer at Menard which have been taken from Plaintiff's inmate account as payment toward the filing fees in this case, then the Clerk of Court is directed to return said funds.

The Clerk is also **DIRECTED** to mail a copy of this Memorandum and Order to Plaintiff and to the Trust Fund Officer at the Menard Correctional Center *upon entry of this Memorandum and Order*.

**IT IS SO ORDERED**.

**Dated: October 21, 2010.**

                  s/ J. Phil Gilbert
                  **U. S. District Judge**